[No. 3005-2.   Division Two.   October 23, 1978.]

NOEL R. ADAMS, *Appellant,* v. TASECA, INC.,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 57293, Thomas L. Lodge, J., entered July 29, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Cochran, J. Pro Tem.

[No. 3075-2.   Division Two.   October 23, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
COX, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 67271, John W. Schumacher, J., entered August 18, 1977. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Soule, J.

[No. 4955-1.   Division One.   October 30, 1978.]

CHARLES W. HOPKINS, *Appellant,* v. C. E. AUSTIN,
ET AL, *Respondents.*

OMEGA INDUSTRIES, INC., *Respondent,* v. CHARLES W.
HOPKINS, *Appellant.*

Appeal from judgments of the Superior Court for King County, Nos. 799672, 809214, Frank J. Eberharter, J., entered August 9, 1976. *Affirmed* by unpublished per curiam opinion.